Cianci v University of Rochester (2026 NY Slip Op 01724)

Cianci v University of Rochester

2026 NY Slip Op 01724

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, GREENWOOD, AND HANNAH, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (857/25) CA 24-01303.

[*1]SUZANNE K. CIANCI, LIMITED ADMINISTRATOR OF THE ESTATE OF DONALD J. TUOHEY, SR., DECEASED, PLAINTIFF-RESPONDENT, 
vTHE UNIVERSITY OF ROCHESTER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.